**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Dine' Communities for Equal Education, Inc., et al., | ) ) ) |
| Plaintiffs, | ) No. CV-05-3643-PCT-PGR |
| vs. | ) ) ORDER |
| Page Unified School District No. 8, et al., | ) ) ) |
| Defendants. | ) ) |

Pending before the Court is the parties' Stipulation to Enter into Protective Order for Disclosure of Confidential Material (doc. #33), filed April 28, 2006. Although the Court has no objection to entering into a protective order in this action, the Court will require the parties to submit an amended form of protective order that revises paragraph 5 on page four of their proposed Protective Order for Disclosure of Confidential Material so that it contains the language that the Court requires relating to the filing of confidential or privileged information with the Court. The Court requires this language in light of its policy, adopted due to the strong presumption in favor of public access to court records, not to allow parties to file entire documents under seal simply because some portion of the document may contain confidential or privileged information.

Since the parties may not electronically file sealed documents with the

1  Court, the parties shall utilize the following procedure for filing documents that
2  contain Confidential Information:

3      (a) The original of any document to be filed with the Court, including
4  memoranda of points and authorities, deposition transcripts and exhibits, that
5  references Confidential Information shall be electronically filed **only in a redacted**
6  **format**. Any such document shall have redacted, from the original filed document
7  only, just those specific references, sentences, or paragraphs containing the
8  Confidential Information, and a blank space shall be inserted at the site of each
9  redaction in the original document which shall contain the notation that Confidential
10 Information has been redacted and filed separately under seal.

11     (b) The redacted references, sentences, or paragraphs containing the
12 Confidential Information shall be filed separately filed, **non-electronically**, in a
13 sealed envelope that is endorsed with the caption of the case, the caption of the
14 document, and an appropriate designation stating that it contains confidential
15 contents filed under seal pursuant to a protective order. The designation shall state
16 the date the protective order permitting the filing under seal was entered and the
17 docket number of that order.

18     (c) The Judge's copy of the original filed document, whether an e-mailed copy
19 or a delivered courtesy copy, or both, shall not contain any redactions, but the
20 references, sentences, or paragraphs containing the Confidential information
21 redacted from the original filed document shall be double underlined on the Judge's
22 copy and a notation shall be placed on those pages stating that Confidential
23 Information is contained therein.

24     Therefore,

25     IT IS ORDERED that the parties' Stipulation to Enter into Protective Order for
26 Disclosure of Confidential Information (doc. #33) is accepted to the extent that the
27 parties shall e-mailed to Chambers no later than May 26, 2006 a revised form of
28 / / /

1 protective order in conformance with the modifications required by this Order.

2        DATED this 16th day of May, 2006.

Paul G. Rosenblatt
United States District Judge

- 3 -