**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dine' Communities for Equality in Education, Inc., et al., ) ) ) Plaintiffs, ) ) vs. ) ) Page Unified School District No. 8, ) Coconino County, et al., ) ) Defendants. ) | No. CV-05-3643-PCT-PGR <br><br> ORDER |

The Court having been informed through a telephonic message from counsel that the parties have tentatively settled this action,

IT IS ORDERED that the plaintiffs' Motion for Class Certification (doc. #2) is deemed withdrawn without prejudice to being reinstated upon motion if the settlement is not effectuated.

IT IS FURTHER ORDERED that the parties shall no later than **August 31, 2006** file a joint written report setting forth their formal notification of the tentative settlement and their proposed plan and schedule for having the settlement

/ / /

1  approved pursuant to Fed.R.Civ.P. 23(e).

2  DATED this 15th day of August, 2006.

Paul G. Rosenblatt
United States District Judge

- 2 -